UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-                                               Case No. 1:15-CR-0103-SCJ

NATENAEL ZEYID

Defendant's Attorney:
David H. Jones

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count(s) 1 of the Information.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 21 U.S.C. §331(c) and 18 U.S.C. § 2 | Receipt in Interstate Commerce and Delivery of Misbranded Drugs for Pay and Otherwise | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$25.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.         XXX-XX-0895           Date of Imposition of Sentence: March 26, 2015
Defendant's Date of Birth:         1979
Defendant's Mailing Address:
Clarkston, GA

Signed this the 26th day of March, 2015.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE

1:15-CR-0103-SCJ: NATENAEL ZEYID

# PROBATION

The defendant is hereby placed on probation for a term of **ONE (1) YEAR.**

While on probation, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). The defendant shall comply with the following additional conditions:

1. The defendant shall **not** be required to participate in home confinement or other electronic monitoring.

2. The defendant shall report to the United States Probation Office immediately.

3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as directed by the probation officer.

4. The defendant shall not own, possess or have under his control any firearm or other destructive device.

5. The defendant shall submit to a search of his person, property, residence and/or vehicle at the request of the United States Probation Officer, under reasonable suspicion.

6.  The defendant shall maintain gainful employment.

# FINE

The defendant shall pay a fine in the amount of **$750.00**, in monthly installments of no less than $150.00, plus 25% of any gross monthly income in excess of $2,300.00.  Installment payments shall begin 30 days after the date of sentencing.

1:15-CR-0103-SCJ: NATENAEL ZEYID

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation office;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependants and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer:

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.